AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | | |
|---|---|---|
| Wesley Reed, Richard Strong, Gregory Strong, Andrew Johnson, James Simpson and Stacy Griffin<br><br>*Plaintiff(s)*<br>v.<br>Pitts Farms Partnership<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:21cv113-DMB-JMV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pitts Farms Partnership
510 Second St.
Indianola, MS 38751

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert McDuff
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson MS 39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 09/08/2021

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*