UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

|  |  |  |
|---|---|---|
| WESLEY REED, GREGORY STRONG, RICHARD STRONG, ANDREW JOHNSON, STACY GRIFFIN and JAMES SIMPSON, | ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | No. 4:21-cv-00113-DMB-DAS |
| PITTS FARMS PARTNERSHIP, | ) ) ) |  |
| Defendant. | ) ) ) |  |

**STIPULATION OF CONSENT TO AMENDMENT OF COMPLAINT**

Pursuant to Federal Rules of Civil Procedure Rule 15(a)(2), Plaintiffs and Defendant hereby stipulate and notify the Court that Defendant consents to Plaintiffs amending their Complaint, Dkt. No. 1.

Respectfully submitted,

**/s/ *Melia Amal Bouhabib***
Melia Amal Bouhabib, TN Bar No. 035588
*Admitted pro hac vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas/RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste 135
Nashville, TN 37217
Tel.: (615) 538-0725
Fax: (615) 366-3349
abouhabib@trla.org

*/s/ Robert McDuff*
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
Tel.: (601) 259-8484
Fax: (601) 352-4769
rbm@mcdufflaw.com

Reilly Morse, MS Bar No. 3505
MISSISSIPPI CENTER FOR JUSTICE
764 Water Street
Biloxi, MS 39533
Tel.: (228) 702-9987
Fax: (228) 435-7285
rmorse@mscenterforjustice.org

Gregory S. Schell
Florida Bar No. 287199
*Admitted Pro Hac Vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas/RioGrande Legal Aid, Inc.
311 Plus Park Blvd, Ste 135
Nashville, TN   37217
Tel: (615) 538-0725
Fax: (615) 366-3349
gschell@trla.org

ATTORNEYS FOR PLAINTIFFS

*/s/ Timothy M. Threadgill*
Timothy M. Threadgill
Sammy L. Brown, Jr.
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
tim.threadgill@butlersnow.com
sammy.brown@butlersnow.com

ATTORNEYS FOR DEFENDANT