# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

# GREENVILLE DIVISION

| | |
|---|---|
| **WESLEY REED,** ) | |
| **GREGORY STRONG,** ) | |
| **RICHARD STRONG,** ) | |
| **ANDREW JOHNSON,** ) | |
| **JIMMIE LEE JONES,** ) | |
| **WALTER GRIFFIN,** ) | |
| **STACY GRIFFIN and** ) | |
| **JAMES SIMPSON,** ) | |
| ) | |
| **Plaintiffs,** ) | Civil Action |
| ) | |
| v. ) | No. 4:21-cv-00113-DMB-DAS |
| ) | |
| **PITTS FARMS PARTNERSHIP,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

TO:   ALL COUNSEL OF RECORD

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(1) **Plaintiffs' Third Set of Requests for Production of Documents to Defendant, Pitts Farms Partnership**.

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

|  10/07/2022  | __/s Rob McDuff_____ |
|---|---|
| Date | Signature |
| | Robert McDuff, MS Bar No. 2532 |
| | Typed Name & Bar Number |