UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

| | |
|---|---|
| WESLEY REED, GREGORY STRONG, RICHARD STRONG, ANDREW JOHNSON, JIMMIE LEE JONES, WALTER GRIFFIN, STACY GRIFFIN and JAMES SIMPSON, <br><br>Plaintiffs, <br><br>v. <br><br>PITTS FARMS PARTNERSHIP, <br><br>Defendant. | Civil Action <br><br>No. 4:21-cv-00113-DMB-DAS |

**NOTICE OF INTENT TO SERVE THIRD PARTY SUBPOENAS**

    TO:    ALL COUNSEL OF RECORD

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, notice is hereby given that the undersigned, on behalf of the Plaintiffs, will serve the following subpoenas, attached as Exhibits A-C:

    (1) Ex. A: Subpoena Deuces Tecum to BFMW Group, PLLC

    (2) Ex. B: Subpoena Deuces Tecum to C.O.C. Placement Services of Mississippi, LLC

    (3) Ex. C: Subpoena Deuces Tecum to C.O.C. Placement Services, LLC (Missouri)

                                               Respectfully submitted,

**/s Robert McDuff**
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Telephone: (601) 259-8484
Facsimile: (601) 352-4769
rbm@mcdufflaw.com

Ty Pinkins, MS Bar No. 106398
MISSISSIPPI CENTER FOR JUSTICE
120 Court Ave.
Indianola, MS 38751
Telephone: (662) 577-4529
Facsimile: (662)887-6571
tpinkins@mscenterforjustice.org

Melia Amal Bouhabib, TN Bar No. 035588
*Admitted Pro Hac Vice*
Gregory S. Schell, FL Bar No. 287199
*Admitted Pro Hac Vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Boulevard, Suite 135
Nashville, Tennessee 37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
abouhabib@trla.org
gschell@trla.org

ATTORNEYS FOR PLAINTIFFS