FORM 2(a) (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MISSISSIPPI

Plaintiff

v.

**CIVIL ACTION NO.**

Defendant

### NOTICE OF RECEIPT OF ORIGINAL DEPOSITION

**TO:** **All Counsel of Record**

**1.** Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

Deponent: _____

Taken at the instance of: _____

**2.** Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

_____    _____
Date                                                     Signature

_____
Typed Name & Bar Number

Attorney for: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WESLEY REED, GREGORY
STRONG, RICHARD STRONG,
ANDREW JOHNSON, JIMMIE
LEE JONES, WALTER
GRIFFIN, STACY GRIFFIN
AND JAMES SIMPSON

                PLAINTIFFS

V.   CIVIL ACTION NO. 4:21-CV-00113-DMB-DAS

PITTS FARMS PARTNERSHIP

                DEFENDANT

VIDEO DEPOSITION OF TOM PITTS

Taken at the instance of the Plaintiffs at Butler
Snow, LLP, 1020 Highland Colony Parkway,
Suite 1400, Ridgeland, Mississippi, on Wednesday,
August 31, 2022,
beginning at 10:21 a.m.

REPORTED BY:

GINGER H. BROOKS, CCR #1165
CRR, RPR, CRC, CCR, CLR, RSA

VIDEOGRAPHER:
Brent Shorter