FORM 2(a) (ND/SD MISS. DEC. 2011)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MISSISSIPPI**

Plaintiff

v.

**CIVIL ACTION**
**NO.**

Defendant

**NOTICE OF RECEIPT OF ORIGINAL DEPOSITION**

**TO:    All Counsel of Record**

**1.**     Pursuant to L.U.CIV.R. 5(d)(2), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following deposition:

Deponent: _____

Taken at the instance of: _____

**2.**     Pursuant to L.U.CIV.R. 5(d)(2), a copy of the cover sheet accompanying this deposition is attached hereto as "Exhibit A."

_____          _____
              Date                                                     Signature

                                                       _____
                                                       Typed Name & Bar Number

                           Attorney for: _____

Page 1

Will Pitts 8/31/2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION


WESLEY REED, GREGORY
STRONG, RICHARD STRONG,
ANDREW JOHNSON, JIMMIE
LEE JONES, WALTER
GRIFFIN, STACY GRIFFIN
AND JAMES SIMPSON

                                                    PLAINTIFFS


V.              CIVIL ACTION NO. 4:21-CV-00113-DMB-DAS


PITTS FARMS PARTNERSHIP

                                                    DEFENDANT


VIDEO DEPOSITION OF WILLIAM PITTS


Taken at the instance of the Plaintiffs at Butler
    Snow, LLP, 1020 Highland Colony Parkway,
Suite 1400, Ridgeland, Mississippi, on Wednesday,
            August 31, 2022,
        beginning at 2:37 p.m.


REPORTED BY:

GINGER H. BROOKS, CCR #1165
CRR, RPR, CRC, CCR, CLR, RSA

VIDEOGRAPHER:
Brent Shorter