# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

| | | |
|---|---|---|
| **WESLEY REED, et al.** | ) | **Plaintiffs** |
| v. | ) | Civil Action No. 4:21-cv-00113-DAS |
| **PITTS FARMS PARTNERSHIP** | ) | Defendant |

## NOTICE OF DEPOSITION OF PLAINTIFF, WESLEY REED

PLEASE TAKE NOTICE that Defendant, Pitts Farms Partnership ("Defendant"), pursuant to Fed. R. Civ. P. 30, will take the deposition of Plaintiff, Wesley Reed on Thursday, October 27, 2022, immediately following the deposition of Plaintiff, Andrew Johnson, at the Mississippi Center for Justice, 120 Court Ave., Indianola, Mississippi 38751.

The deposition may be taken by videotape and/or digital video and stenographic means, before a notary public, or some other officer authorized to administer oaths. The deposition will continue day to day until completed.

You are hereby notified to have the plaintiff appear, and you are invited to take such part in the examination as you deem appropriate.

This the 17th day of October, 2022.

                        **PITTS FARMS PARTNERSHIP**,

                        Defendant

           BY:    */s/ Timothy M. Threadgill*
                        TIMOTHY M. THREADGILL (MSB #8886)
                        SAMMY L. BROWN, JR. (MSB #106046)

                        ITS ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
Email: tim.threadgill@butlersnow.com
Email: sammy.brown@butlersnow.com

## **CERTIFICATE OF SERVICE**

I, Timothy M. Threagill, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Robert McDuff, Esq.
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com

Gregory Schell, Esq.
Melia Amal Bouhabib, Esq.
*Pro Hac Vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
gschell@trla.org
abouhabib@trla.org

Ty Pinkins, MS Bar No. 106398
MISSISSIPPI CENTER FOR JUSTICE
120 Court Ave.
Indianola, MS 38751
tpinkins@mscenterforjustice.org

SO CERTIFIED, this the 17th day of October, 2022.

                                              */s/ Timothy M. Threadgill*
                                              Timothy M. Threadgill