IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WESLEY REED,**
**GREGORY STRONG,**
**RICHARD STRONG,**
**ANDREW JOHNSON,**
**JIMMIE LEE JONES,**
**WALTER GRIFFIN,**
**STACY GRIFFIN** and
**JAMES SIMPSON** **PLAINTIFFS**

V. Civil Action No. 4:21-cv-00113-DAS

**PITTS FARMS PARTNERSHIP** **DEFENDANT**

## NOTICE OF SERVICE

TO: ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that Pitts Farms Partnership ("Pitts Farms" or "Defendant"), by and through its undersigned counsel, has this day caused to be served upon all counsel of record, their supplemental document production Bates numbered Pitts Farms 00993 – Pitts Farms 004364.

This the 21st day of October, 2022.

                Respectfully submitted,

                **PITTS FARMS PARTNERSHIP**,
                Defendant

BY: */s/ Timothy M. Threadgill*
       TIMOTHY M. THREADGILL (MSB #8886)
       SAMMY L. BROWN, JR. (MSB #106046)

       THEIR ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
Email: tim.threadgill@butlersnow.com
Email: sammy.brown@butlersnow.com

## CERTIFICATE OF SERVICE

I, Timothy M. Threagill, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Robert McDuff, Esq.
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com

Gregory Schell, Esq.
Melia Amal Bouhabib, Esq.
*Pro Hac Vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
gschell@trla.org
abouhabib@trla.org

SO CERTIFIED, this the 21st day of October, 2022.

                                        */s/ Timothy M. Threadgill*
                                        Timothy M. Threadgill

66132075.v1