**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **WESLEY REED,** ) | |
| **GREGORY STRONG,** ) | |
| **RICHARD STRONG,** ) | |
| **ANDREW JOHNSON,** ) | |
| **JIMMIE LEE JONES,** ) | |
| **WALTER GRIFFIN,** ) | |
| **STACY GRIFFIN and** ) | Civil Action No. 4:21-cv-00113-DAS |
| **JAMES SIMPSON,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | |
| ) | |
| **PITTS FARMS PARTNERSHIP,** ) | |
| **)** | |
| **Defendant.** ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the motion, *ore tenus*, of the parties for the entry of an order of dismissal of this lawsuit with prejudice. The court, having considered said motion, finds that the parties have reached a compromise and settlement of this cause, and that there remain no issues to be tried or determined by this court. The court being otherwise fully advised in the premises, is of the opinion, and so finds, that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint herein be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and attorneys' fees; provided, however, that the court retains jurisdiction to enforce the "Confidential Settlement Agreement and Full and Final General Release" between the parties.

**SO ORDERED AND ADJUDGED,** this the 22nd day of December, 2022.

/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE**
*Serving By Consent per 28 U.S.C. § 636(c) and*
  *Fed. R. Civ. P. 73*

**APPROVED AS TO FORM AND CONTENT**:

/s/ Robert McDuff
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
Tel.: (601) 259-8484
Fax: (601) 352-4769
rbm@mcdufflaw.com

Ty Pinkins, MS Bar No. 106398
MISSISSIPPI CENTER FOR JUSTICE
120 Court Ave.
Indianola, MS 38751
Telephone: (662) 577-4529
Facsimile: (662)887-6571
tpinkins@mscenterforjustice.org

Melia Amal Bouhabib, TN Bar No. 035588
*Admitted Pro Hac Vice*
Gregory S. Schell, FL Bar No. 287199
*Admitted Pro Hac Vice*
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
Tel.: (615) 538-0725
Fax: (615) 366-3349
abouhabib@trla.org
gschell@trla.org

*Attorneys for Plaintiff*

/s/ Timothy M. Threadgill
Timothy M. Threadgill (MS Bar No. 8886)
BUTLER SNOW LLP
Post Office Box 6010 (39158-6010)
Ridgeland, MS 39157
Tel:  (601) 985-4594
Fax: (601) 985-4500
Email:  Tim.Threadgill@butlersnow.com

*One of the attorneys for Defendant*